UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RHINA L. ORTIZ ALEMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant, | 2:11-cv-1033-KJD-RJJ<br><br>O R D E R |

    This matter is before the Court on an Application to Proceed *in Forma Pauperis* filed by Plaintiff, Rhina L. Ortiz Aleman (#1).

    The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

    IT IS HEREBY ORDERED that a status hearing is scheduled for July 27, 2011, at 10:30 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

    IT IS FURTHER ORDERED that only Plaintiff, Rhina L. Ortiz Aleman, **and** her attorney Marc V. Kalagian, Esq., are required to appear in Court for this hearing. Plaintiff and her attorney are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

    IT IS FURTHER ORDERED that Plaintiff's attorney shall **immediately** redact Plaintiff's personal information contained in an attachment to the proposed complaint pursuant to privacy requirements mandated by law.

1     IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on
2 Plaintiff's counsel by certified mail, return receipt requested.
3     DATED this  29th  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -