1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada Bar No. 2137
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 South Las Vegas Blvd., Suite 5000
4  Las Vegas, NV 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6787
   Carlos.Gonzalez2.@usdoj.gov
6  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHINA L. ORTIZ ALEMAN, | 2:11-cv-01033-KJD-RJJ |
| Plaintiff, | |
| v. | **STIPULATION FOR REMAND AND (PROPOSED) ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

...

...

...

...

...

1

On remand, the Appeals Council will direct the Administrative Law Judge to remove the evidence that does not pertain to Plaintiff, offer the Plaintiff the opportunity for another hearing, and issue a new decision.

Dated: October 13, 2011

MARC V. KALAGIAN                     DANIEL G. BOGDEN
                                     United States Attorney

//S// Marc V. Kalagian               //S// Carlos A. Gonzalez
MARC V. KALAGIAN                     CARLOS A. GONZALEZ
Attorney for Plaintiff               Assistant United States Attorney

IT IS SO ORDERED:

Dated: 10/14/11

_____
KENT J. DAWSON
District Court Judge