DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Carlos.Gonzalez2.@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHINA L. ORTIZ ALEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | 2:11-cv-01033-KJD-RJJ<br><br><br><br>**STIPULATION FOR REMAND**<br>**AND (PROPOSED) ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

...

...

...

...

...

1

On remand, the Appeals Council will direct the Administrative Law Judge to remove the evidence that does not pertain to Plaintiff, offer the Plaintiff the opportunity for another hearing, and issue a new decision.

Dated: October 13, 2011

| MARC V. KALAGIAN | DANIEL G. BOGDEN |
| --- | --- |
| | United States Attorney |
| //S// Marc V. Kalagian | //S// Carlos A. Gonzalez |
| MARC V. KALAGIAN | CARLOS A. GONZALEZ |
| Attorney for Plaintiff | Assistant United States Attorney |

IT IS SO ORDERED:

Dated: 10/14/11

_____
KENT J. DAWSON
District Court Judge

2