Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
RHINA L. ORTIZ ALEMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHINA L. ORTIZ ALEMAN, | Case No.: 2:11-cv-01033-KJD-GWF |
| Plaintiff, | UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant[1] | |

Plaintiff RHINA L. ORTIZ ALEMAN ("Plaintiff"), through her undersigned counsel of record, requests the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to July 31,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1  2013; and that Defendant shall have until August 30, 2013, to file his opposition, if
2  any is forthcoming.  Any reply by plaintiff will be due September 13, 2013.
3       An extension of time for plaintiff is needed due to a serious illness.  The
4  spouse of the associate in Counsel's firm who this matter is assigned to receives
5  chemotherapy treatment for her Stage IV breast cancer which metastasized initially
6  to her liver and has now spread to her lungs and spine.  Counsel requires the
7  additional time to file the Motion for Remand to allow the assigned attorney the
8  appropriate time to assist his Spouse and his two kindergarten and pre-school aged
9  children through this obviously stressful experience.
10      Counsel for defendant has indicated, via e-mail, that this motion to extend
11 the time to file is not opposed.
12
13 DATE: June 13, 2013,            Respectfully submitted,
14                                 ROHLFING & KALAGIAN, LLP
15
                                        /s/ Marc V. Kalagian
16                            BY: _____
                                  Marc V. Kalagian
17                                Attorney for plaintiff RHINA L. ORTIZ ALEMAN
18
19
20
21
22
23
24
25
26

1
2   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
3   and including July 31, 2013, in which to file Plaintiff's Motion for Reversal and/or
4   Remand; Defendant may have an extension of time to August 30, 2013 to consider
5   the contentions raised in Plaintiff's Motion, and file any opposition if necessary.
6   Any reply by plaintiff will be due September 13, 2013.
7   IT IS SO ORDERED.
8   DATE:  June 14, 2013
9   _____
    THE HONORABLE GEORGE FOLEY, JR.
10  UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26